NEIL A. SMITH (No. 63777)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
neilsmith@howardrice.com
Telephone:  415/434-1600
Facsimile:  415/217-5910

Of Counsel
Anne W. Glazer, OSB No. 96065 (*pro hac vice*)
glazera@lanepowell.com
Kenneth R. Davis, II, OSB No. 97113 (*pro hac vice*)
davisk@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

Attorneys for Defendants
FACE & BODY, INC., and
Defendant and Third-Party Plaintiff
MARY JANE HAAKE

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACE & BODY PROFESSIONALS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FACE & BODY, INC., an Oregon corporation, and MARY JANE HAAKE, an individual,<br><br>　　　　　　Defendants.<br><br>and<br><br>MARY JANE HAAKE,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>FACE & BODY PROFESSIONALS, INC., and SUSAN PRESTON, an individual<br><br>　　　　　　Counterclaim Defendants. | No. C 04 2851 SC<br><br>SUBSTITUTION OF COUNSEL<br><br>ORDER |

1  TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

2  Defendants Face & Body, Inc. and Mary Jane Haake hereby substitutes Neil A. Smith, Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center 17th Floor, San Francisco, California 94111, phone number (415) 774-3239, fascimile number (415) 403-6084, as its counsel of record in the above-captioned action in place of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1  WE CONSENT TO THE ABOVE SUBSTITUTION:

2  DATED: July 8th, 2005.

3                                            FACE & BODY, INC.

4                                            By: /s/ Mary Jane Haake

5

6  WE CONSENT TO THE ABOVE SUBSTITUTION:

7  DATED: July 8th, 2005.

8                                            MARY JANE HAAKE

9                                            By: /s/ Mary Jane Haake

10

11  WE CONSENT TO THE ABOVE SUBSTITUTION:

12  Dated: August 25, 2005.

13                                            HOWARD, RICE, NEMEROVSKI, CANADY,
                                              FALK & RABIN
14                                            A Professional Corporation

15                                            By: /s/

16

17  WE ACCEPT THE ABOVE SUBSTITUTION:

18  Dated: Aug 18, 2005.

19                                            NEIL A. SMITH
                                              SHEPPARD MULLIN RICHTER
20                                            & HAMPTON LLP

21                                            By: /s/ Neil A. Smith
                                              NEIL A. SMITH

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 8/26/05]

SUBSTITUTION OF COUNSEL                                C 04 2851
-3-