1 | Neil R. Bardack, Esq. (SB# 52198)
  | Jonathan T. Rubens, Esq. (SB# 149904)
2 | Arman Javid, Esq. (SB# 191572)
  | **McQUAID BEDFORD & VAN ZANDT LLP**
3 | 221 Main Street, 16th Floor
  | San Francisco, CA 94105
4 | Telephone: 415/905-0200
  | Facsimile:  415/905-0202

Attorneys for Plaintiff/Counter-Defendant FACE & BODY PROFESSIONALS, INC., a California corporation, and Counter-Defendant SUSAN PRESTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACE & BODY PROFESSIONALS, INC., a California corporation, | Case No.   C 04 2851 SC |
| Plaintiff, | **STIPULATION OF DISMISSAL BY ALL PARTIES** |
| v. | **[Fed.R.Civ.P. 41(a)(1)]** |
| FACE & BODY, INC., an Oregon corporation, and MARY JANE HAAKE, an individual, | |
| Defendants. | ORDER |
| MARY JANE HAAKE, | |
| Third-Party Plaintiff, | |
| v. | |
| FACE & BODY PROFESSIONALS, INC., and SUSAN PRESTON, an individual, | |
| Counterclaim Defendants. | |

///

///

///

1

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice,
3  including all claims in Plaintiff's complaint and Defendant/Counter-Claimant's Counter-Complaint,
4  pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date: October 21, 2005

By: _____/s/_____
    Susan Preston

By: _____/s/_____
    Arman Javid, Esq.
McQUAID, BEDFORD & VAN ZANDT, LLP
Attorneys for Plaintiff/Counter-Defendant FACE & BODY PROFESSIONALS, INC., a California corporation, and Counter-Defendant SUSAN PRESTON

Date: October 21, 2005

By: _____/s/_____
    Mary Jane Haake

By: _____/s/_____
    Kenneth R. Davis, II, Esq.
LANE POWELL SPEARS LUBERSKY, LLP
Attorneys for FACE & BODY, INC., an Oregon corporation, and MARY JANE HAAKE, an individual

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
11/3/05

2

STIPULATION OF DISMISSAL BY ALL PARTIES – Case No. C 04 2851 SC